

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 18TH DISTRICT COURT OF SOMERVELL COUNTY, GREETINGS:

On June 26, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Ram Industries Acquisitions, LLC dba Ram Windows v. Rough Creek Operating, LP

Court of Appeals No. 15-25-00081-CV
Trial Court No. C10940

The Court of Appeals entered the following judgment or order:

For the foregoing reasons, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 43.2(a).

We further order appellant, Ram Industries Acquisitions, LLC dba Ram Windows to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this September 8, 2025.



**CHRISTOPHER A. PRINE, CLERK**